IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:15cv717 (LMB/TCB) |
| CHANEY INCORPORATED | ) ) | |
| Defendant. | ) | |

ORDER

On October 19, 2015, a magistrate judge issued a Report and Recommendation

("Report"), in which she recommended that plaintiffs recover a default judgment of $7,259.94,

consisting of $6,303.15 in unpaid contributions, $630.32 in liquidated damages, and $326.47 in

accrued interest, in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension

Fund and $152.25 in unpaid contributions, $30.45 in liquidated damages, and $7.89 in accrued

interest in favor of plaintiff Trustees of the International Training Fund, plus $2,677.50 in

attorneys' fees and $626.29 in costs.

The Report placed the parties on notice that any objections had to be filed within fourteen

days of receipt of the Report and that failure to file timely objections waived appellate review of

any judgment based on the Report. As of November 9, 2015, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Default Judgment

with its attachments, the Court finds that the Report accurately states the relevant facts and law.

Therefore, the findings and conclusions of the Report are adopted and for the reasons stated

therein, the plaintiffs' Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Judgment by Default will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Judgment by Default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this _10th_ day of November, 2015.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge